# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JD ROSS ENTERPRISES, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-01205-CDS-NJK<br><br>**Order** |

Plaintiff has filed a complaint, alleging this Court has diversity jurisdiction. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship of any entity or individual attributed to it. *See* Docket No. 2.

Accordingly, Plaintiff must file an amended certificate of interested parties by August 11, 2023, fully identifying its citizenship.

IT IS SO ORDERED.

Dated: August 4, 2023

								_____
								Nancy J. Koppe
								United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.