RAMIRO MORALES, SBN 7101
Email: rmorales@mrrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES AND FALCON CLIFF, LLC,<br><br>Defendants. | CASE NO.: 2:23-CV-01205-CDS-NJK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FALCON CLIFF, LLC *ONLY*** |

NOTICE IS HEREBY GIVEN Plaintiff, Kinsale Insurance Company and Defendant Falcon Cliff, LLC have reached a settlement of all claims in this matter.  The parties request that all future deadlines be vacated as to Defendant Falcon Cliff, LLC *only*.  Once the settlement process is complete, the parties will submit a Stipulation for Dismissal with Prejudice and proposed Order with Plaintiff, Kinsale Insurance Company, and Defendant, Falcon Cliff, LLC, bearing its own fees and costs.

DATED:  November 16, 2023                              MORALES FIERRO & REEVES

                                                 By        */s/Kelly A. Hedberg*
                                                        Ramiro Morales
                                                        Kelly A. Hedberg
                                                        Attorneys for Plaintiff
                                                        KINSALE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Law Offices of Morales Fierro & Reeves located at 1440 Maria Lane, Suite 200, Walnut Creek, CA 94596.  I am over the age of eighteen years and not a party to the within action.

On the below date, I served the document(s) described as:

**NOTICE OF SETTLEMENT AS TO DEFENDANT FALCON CLIFF, LLC** *ONLY*

On all interested parties in this action, in the manner set forth below:

**BY ELECTRONIC SUBMISSION:** By electronic mail transmission to the parties listed below.

| | |
|---|---|
| Brandi M. Segura, Esq.<br>Lex Domus Law<br>1712 Tesara Vista Place<br>Las Vegas, NV  89128<br>brandi@lexdomuslaw.com<br>(702) 340-9227 (c)<br>(702) 472-8605 (f) | Attorneys for Defendant FALCON CLIFF, LLC |

**BY U.S. MAIL:**  By placing a true copy thereof enclosed in a sealed envelope for collection and delivery by the United States Postal Service or private delivery service following ordinary business practices with postage or other costs prepaid, to the parties listed below.

| | |
|---|---|
| Registered Agent for Service of Process:<br><br>J.D. Ross Enterprises, LLC c/o Owner<br>10120 W. Flamingo Road, Ste. 4<br>Las Vegas, NV  89147<br><br>Mailing Address:<br><br>P.O. Box 4624<br>Las Vegas, NV  89147 | Defendant J.D. ROSS ENTERPRISES, LLC dba UNIQUE CUSTOM HOMES |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2023, at Walnut Creek, California.

*/s/ Alexine Braun*
Alexine Braun