RAMIRO MORALES, SBN 7101
Email: rmorales@mrrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, | CASE NO.: 2:23-CV-01205-CDS-NJK |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES AND FALCON CLIFF, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that Defendant FALCON CLIFF, LLC be dismissed with prejudice from the above-captioned action.

DATED:  January 9, 2024          LEX DOMUS LAW

                                 By:   */s/ Brandi M. Segura*
                                       Brandi M. Segura
                                       Attorneys for Defendant
                                       FALCON CLIFF, LLC

/ / /

/ / /

/ / /

---

STIPULATION AND ORDER                        1                        2:23-CV-01205-CDS-NJK

1 | DATED: January 9, 2024               MORALES FIERRO & REEVES

2

3                                       By:   */s/ Kelly A. Hedberg*
                                              Ramiro Morales
4                                             Kelly A. Hedberg
                                              Attorneys for Plaintiff
5                                             KINSALE INSURANCE COMPANY

6
      **IT IS SO ORDERED:**
7

8  Dated:

9

10                                            _____
                                              U.S. MAGISTRATE JUDGE
11

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Law Offices of Morales Fierro & Reeves located at 1440 Maria Lane, Suite 200, Walnut Creek, CA 94596.  I am over the age of eighteen years and not a party to the within action.

On the below date, I served the document(s) described as:

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**

On all interested parties in this action, in the manner set forth below:

**BY ELECTRONIC SUBMISSION:**  By electronic mail transmission to the parties listed below.

| | |
|---|---|
| Brandi M. Segura, Esq.<br>Lex Domus Law<br>1712 Tesara Vista Place<br>Las Vegas, NV  89128<br>brandi@lexdomuslaw.com<br>(702) 340-9227 (c)<br>(702) 472-8605 (f) | Attorneys for Defendant FALCON CLIFF, LLC |

**BY U.S. MAIL:**  By placing a true copy thereof enclosed in a sealed envelope for collection and delivery by the United States Postal Service or private delivery service following ordinary business practices with postage or other costs prepaid, to the parties listed below.

| | |
|---|---|
| Registered Agent for Service of Process:<br><br>J.D. Ross Enterprises, LLC c/o Owner<br>10120 W. Flamingo Road, Ste. 4<br>Las Vegas, NV  89147 | Defendant J.D. ROSS ENTERPRISES, LLC dba UNIQUE CUSTOM HOMES |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2024, Walnut Creek, California.

*/s/ Alexine Braun*
Alexine Braun