RAMIRO MORALES, SBN 7101
Email: rmorales@mfrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES AND FALCON CLIFF, LLC,<br><br>　　　　Defendants | CASE NO.:  2:23-CV-01205-CDS-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

　　　Plaintiff, Kinsale Insurance Company ("Plaintiff") and Defendant, JD Ross Enterprises LLC dba Unique Custom Homes ("Unique"), by and through their counsel of record, agree as follows:

　　　WHEREAS, Plaintiff filed a Complaint on August 1, 2023, in the United States District Court for the District of Nevada (Doc. 1);

　　　WHEREAS, Plaintiff submits that Unique was served on September 20, 2023 (Doc. 9);

　　　WHEREAS, Unique did not respond to the Complaint;

　　　WHEREAS, Plaintiff requested an Entry of Default which was entered on December 8, 2023 (Doc. 13);

　　　WHEREAS, the Parties stipulate and agree that the default should be set aside and the matter decided on its merits.

\\

---

1

STIPULATION

IT IS THEREFORE STIPULATED AND AGREED that the entry of default be set aside, and that Unique shall file and serve a response to Plaintiff's Complaint within ten (10) days of entry of the Order setting aside the default.

DATED:  February 5, 2024    MORALES FIERRO & REEVES

By:  */s/ Kelly A. Hedberg*
     Ramiro Morales
     Kelly A. Hedberg
     Attorneys for Plaintiff
     KINSALE INSURANCE COMPANY

DATED:  February 5, 2024    ALDRICH LAW FIRM, LTD.

By:  */s/ John P. Aldrich*
     John P. Aldrich, Esq.
     Catherine Hernandez, Esq.
     Attorneys for Defendant
     JD ROSS ENTERPRISES, LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 13, 2024

2

STIPULATION