John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Defendant*
*JD ROSS ENTERPRISES LLC dba*
*UNIQUE CUSTOM HOMES*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KINSALE INSURANCE COMPANY, <br><br> Plaintiff <br><br> vs. <br><br> JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES and FALCON CLIFF, LLC, <br><br> Defendants | Case No.: 2:23-cv-01205-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 25]** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff KINSALE INSURANCE COMPANY ("Plaintiff"), by and through its attorney of record, Kelly A. Hedberg, Esq., of Morales Fierro & Reeves and Defendant JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES ("Defendant"), by and through its attorney of record, John P. Aldrich, Esq., of the Aldrich Law firm, Ltd., as follows:

On June 7, 2024, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 25]. The current deadline to respond to this Motion is June 28, 2024.

Because of existing commitments and previously scheduled travel of Defendant's counsel, the parties have agreed to extend the deadline for Defendant to file a Response to Plainitff's Motion for Partial Summary Judgment from June 28, 2024 to **July 12, 2024**.

This stipulation is submitted in good faith and not for purposes of delay. It is the first request for an extension of this deadline in this case.

IT IS SO STIPULATED.

DATED this 25th day of June, 2024.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
*Attorneys for Defendant*
*JD ROSS ENTERPRISES LLC dba*
*UNIQUE CUSTOM HOMES*

DATED this 25th day of June, 2024.

**MORALES FIERRO & REEVES**

/s/ Kelly A. Hedberg
Kelly A. Hedberg, Esq.
Nevada Bar No. 12224
600 So. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone (702) 699-7822
Facsimile: (702) 699-9455
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2024