1  RAMIRO MORALES, SBN 7101
   Email: rmorales@mfrlegal.com
2  KELLY A. HEDBERG, SBN 12224
   Email: khedberg@mfrlegal.com
3  MORALES FIERRO & REEVES
   600 So. Tonopah Drive, Suite 300
4  Las Vegas, NV 89106
   Telephone (702) 699-7822
5  Facsimile: (702) 699-9455

6  Attorneys for Plaintiff
   KINSALE INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 KINSALE INSURANCE COMPANY,        )   CASE NO.: 2:23-cv-01205-CDS-NJK
                                     )
12           Plaintiff               )   **STIPULATION AND ORDER TO EXTEND
                                     )   THE DEADLINE TO FILE REPLY TO
13      vs.                          )   RESPONSE TO MOTION FOR PARTIAL
                                     )   SUMMARY JUDGMENT [ECF NO. 25]**
14 JD ROSS ENTERPRISES LLC dba UNIQUE)
   CUSTOM HOMES AND FALCON CLIFF,    )   (First Request)
15 LLC,                              )
                                     )
16           Defendants              )
                                     )

17

18      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiff

19 KINSALE INSURANCE COMPANY ("Plaintiff"), by and through its attorney of record, Kelly A.

20 Hedberg, Esq. of Morales Fierro & Reeves and Defendant JD ROSS ENTERPRISES LLC dba

21 UNIQUE CUSTOM HOMES ("Defendant"), by and through its attorney of record, John P. Aldrich,

22 Esq. of the Aldrich Law Firm, Ltd., as follows:

23      Plaintiff filed a Motion for Partial Summary Judgment on June 7, 2024 [ECF No. 25].

24 Defendant filed its Response to Plaintiff's Motion for Partial Summary Judgment on July 12, 2024

25 [ECF No. 29], pursuant to a Stipulation and Order granting a 2-week extension to file the Response

26 [ECF No. 28].

27      Currently, Plaintiff's Reply to the Response to the Motion for Partial Summary Judgment is

28 due on July 26, 2024. Because of travel issues incurred by the CrowdStrike data outage,

undersigned counsel for Plaintiff was delayed returning from overseas and as a result will be unable to adequately prepare Plaintiff's Reply in support of its Motion for Partial Summary Judgment in the timeframe allotted. As such, undersigned counsel for Plaintiff has requested, and the parties have agreed, to extend the deadline for Plaintiff's Reply in support of the Motion for Partial Summary Judgment by one-week to August 2, 2024.

This stipulation is submitted in good faith and not for purposes of delay. It is the first request for an extension of this deadline in this case.

IT IS SO STIPULATED.

DATED: July 23, 2024　　　MORALES FIERRO & REEVES

By:　/s/Kelly A. Hedberg
Ramiro Morales
Kelly A. Hedberg
Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

DATED: July 23, 2024　　　ALDRICH LAW FIRM, LTD.

By:　/s/ John P. Aldrich
John P. Aldrich
Attorneys for Defendant
JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2024