RAMIRO MORALES, SBN 7101
Email: rmorales@mfrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES AND FALCON CLIFF, LLC,<br><br>  Defendants. | CASE NO.: 2:23-CV-01205-CDS-NJK<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement of all claims in this matter.  The parties request that all future hearings and trials be vacated.  Once the settlement process is complete, the parties will submit a Stipulation for Dismissal with Prejudice and proposed Order with each party bearing its own fees and costs.

DATED: October 16, 2024            MORALES FIERRO & REEVES

                        By:    */s/ Kelly A. Hedberg*
                            Ramiro Morales
                            Kelly A. Hedberg
                            Attorneys for Plaintiff
                            KINSALE INSURANCE COMPANY