RAMIRO MORALES, SBN 7101
Email: rmorales@mrrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone  (702) 699-7822
Facsimile:  (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES AND FALCON CLIFF, LLC,<br><br>　　　　Defendants. | CASE NO.:  2:23-CV-01205-CDS-NJK<br><br>**STIPULATION FOR DISMISSAL** |

　　　IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that Defendant JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES be dismissed with prejudice from the above-captioned action, with each party to bear its own fees and costs.

DATED:  January 21, 2025　　　　　　ALDRICH LAW FIRM, LTD.

　　　　　　　　　　　　　　　　　By:　　*/s/ John P. Aldrich*　　　　　　
　　　　　　　　　　　　　　　　　　　　John P. Aldrich
　　　　　　　　　　　　　　　　　　　　Catherine Hernandez
　　　　　　　　　　　　　　　　　　　　JD ROSS ENTERPRISES, LLC dba UNIQUE
　　　　　　　　　　　　　　　　　　　　CUSTOM HOMES

/ / /

/ / /

---

1

STIPULATION　　　　　　　　　　　　　　　　　　　　　　　　　　2:23-CV-01205-CDS-NJK

1  DATED:  January 21, 2025            MORALES FIERRO & REEVES

                                       By:    */s/ Kelly A. Hedberg*
                                              Ramiro Morales
                                              Kelly A. Hedberg
                                              Attorneys for Plaintiff
                                              KINSALE INSURANCE COMPANY