RAMIRO MORALES, SBN 7101
Email: rmorales@mrrlegal.com
KELLY A. HEDBERG, SBN 12224
Email: khedberg@mfrlegal.com
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>     Plaintiff<br><br>  vs.<br><br>JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES and FALCON CLIFF, LLC,<br><br>     Defendants | CASE NO.: 2:23-cv-01205-CDS-NJK<br><br>**Order Approving Stipulation of Dismissal**<br><br>[ECF No. 43] |

Based on the stipulation of the parties (ECF No. 43), defendant JD ROSS ENTERPRISES LLC dba UNIQUE CUSTOM HOMES is dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is kindly instructed to close this case.

Dated: January 23, 2025

_____
HON. CRISTINA D. SILVA
U.S. District Judge

ORDER                                                                                                   2:23-CV-01205-CDS-NJK